# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILAH MIRANDA, *by and through her guardian ad litem*, *Juan Miranda*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant.<br>_____/ | Case No. 1:25-cv-00500-SKO<br><br>ORDER GRANTING APPLICATION OF JUAN MIRANDA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF LILAH MIRANDA<br><br>(Doc. 5) |

The Court, having considered the Application of Juan Miranda for Appointment as Guardian ad Litem for Lilah Miranda, (Doc. 5), a minor plaintiff in the above-referenced action, along with the declarations in support of the Application, (*id.*), and good cause appearing, IT IS HEREBY ORDERED that non-party Juan Miranda be, and is hereby, appointed as Guardian ad Litem for Lilah Miranda in the above-referenced action pursuant to Federal Rule of Civil Procedure 17(c)(2). *See* E.D. Cal. Local Rule 202(a).

IT IS SO ORDERED.

Dated: **May 2, 2025**                             /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE